UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

RICHARD ARTHUR KIRKHAM,

    Plaintiff,

v.

CITY OF BELLINGHAM, et al.,

    Defendants.

Case No. C24-1625-DGE-SKV

ORDER ADOPTING REPORT AND RECOMMENDATION (DKT. NO. 28)

Having reviewed the Report and Recommendation (Dkt. No. 28) of the Honorable S. Kate Vaughan, United States Magistrate Judge, and the remaining record, and no objections having been filed, the Court finds and ORDERS:

(1)    The Court ADOPTS the Report and Recommendation.

(2)    Plaintiff's Motion for Injunction, Dkt. 12, is DENIED.

(3)    The Clerk is directed to send copies of this Order to the parties and to Judge Vaughan.

Dated this 11th day of June 2025.

DAVID G. ESTUDILLO
United States District Judge