UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

RICHARD ARTHUR KIRKHAM,

        Plaintiff,

v.

CITY OF BELLINGHAM, et al.,

        Defendants.

Case No. C24-1625-DGE-SKV

MINUTE ORDER

The following Minute Order is made at the direction of the Court, the Hon. S. Kate Vaughan, United States Magistrate Judge:

Plaintiff filed a Motion for Relief from Local Rule 15(a), Dkt. 35, and Defendants indicated they take no position in regard to the motion, Dkt. 36. The Court finds the unopposed request reasonable and therefore GRANTS Plaintiff's motion. Dkt. 35. The Court further directs the Clerk to docket the amended pleading submitted with the motion. *See* Dkts. 35-1 & 35-2.

DATED this 17th day of July, 2025.

                                            Ravi Subramanian
                                            Clerk of Court

                                            By: s/ Stefanie Prather
                                            Deputy Clerk

MINUTE ORDER - 1