UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

RICHARD ARTHUR KIRKHAM,

              Plaintiff,

    v.

CITY OF BELLINGHAM, et al.,

              Defendants.

Case No. C24-1625-DGE-SKV

ORDER ADOPTING REPORT AND
RECOMMENDATION (DKT. NO. 72)

This matter comes before the Court on the Report and Recommendation of the Honorable Magistrate Judge S. Kate Vaughan.  (Dkt. No. 72.)  The Court having considered the Report and Recommendation and the remaining record *de novo*, and no objections having been filed, does here find and ORDER:

    (1)    The Court ADOPTS the Report and Recommendation.

    (2)    All claims against Defendant Kellen Kooistra are DISMISSED without prejudice.

    (3)    The Clerk is directed to send copies of this Order to the parties and to Judge Vaughan.

    Dated this 6th day of February, 2026 .

                                                DAVID G. ESTUDILLO
                                              United States District Judge